# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502, et. al. and TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 803, et. al<br>Plaintiff,<br>v.<br>R. A. BRIGHT CONSTRUCTION, INC., an Illinois corporation<br>Defendant, | FILED: MAY 20, 2008<br>08CV2920         TG<br>JUDGE DARRAH<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |   |
|---|---|
| DONALD D. SCHWARTZ |   |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |   |
| s/ Donald D. Schwartz |   |
| FIRM |   |
| ARNOLD AND KADJAN |   |
| STREET ADDRESS |   |
| 19 WEST JACKSON BLVD. |   |
| CITY/STATE/ZIP |   |
| CHICAGO, IL. 60604 |   |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03124459 | TELEPHONE NUMBER<br>(312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |   |