## United States District Court for the Northern District of Illinois

Case Number: `08cv2920`    Assigned/Issued By: `j. n.`

Judge Name: `darrah`    Designated Magistrate Judge: `nolan`

---

### FEE INFORMATION

*Amount Due:* [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other ____
[ ] $455.00

Number of Service Copies ____    Date: ____

(For Use by Fiscal Department Only)

Amount Paid: `350`    Receipt #: `2792359`

Date Payment Rec'd: `5-20-08`    Fiscal Clerk: `j. n.`

---

### ISSUANCES

[✓] Summons    [ ] Alias Summons
[ ] Third Party Summons    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets    ____
[ ] Writ ____    (Victim, Against and $ Amount)
   (Type of Writ)

`1` Original and `0` copies on `5-20-08` as to `defendant`
                                 (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05