## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2920 | **DATE** | 6/2/08 |
| **CASE TITLE** | Cement Masons Pension Fund, Local 502 et al v. R.A. Bright Construction, Inc. | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 8/26/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|

Case 1:08-cv-02920  Document 6  Filed 06/02/2008  Page 1 of 1