AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502, et. al. and TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 803, et. al

    Plaintiffs,

    V.

R. A. BRIGHT CONSTRUCTION, INC., AN ILLINOIS CORPORATION

    Defendant.

CASE NUMBER: 08CV2920

ASSIGNED JUDGE: JUDGE DARRAH

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)
R. A. BRIGHT CONSTRUCTION, INC.
C/O ITS REGISTERED AGENT, ROBERT A. BRIGHT
23808 WEST ANDREW ROAD
PLAINFIELD, IL 60544

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald D. Schwartz
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

May 20, 2008
_____
Date

AO 440 (Rev 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 5/28/08 @ 5:00 pm |
| NAME OF SERVER (PRINT) Brian Riebel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

Served R.A. Bright Construction Inc c/o Robert Bright Jr, Corporate Secretary, at other 23808 W Andrew Rd Plainfield I

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: (w/m 40 brown hair)

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/28/08
            Date            Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.