IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | )))))))) | No. 08 C 2920 |
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 803; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS  SAVINGS FUND, LOCAL 803; and TRUSTEEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 803, | ))))))))) | Judge Darrah |
| | ) | Magistrate Judge Nolan |
| Plaintiffs, | ) | |
| v. | ) | |
| R. A. BRIGHT CONSTRUCTION, INC., an Illinois corporation, | ))) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO:** R. A. BRIGHT CONSTRUCTION, INC.
C/O ITS REGISTERED AGENT, ROBERT A. BRIGHT
23808 WEST ANDREW ROAD
PLAINFIELD, IL 60544

**PLEASE TAKE NOTICE** that on **August 19, 2008**, at **9:00 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Darrah, Room 1203** in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment In Sum Certain.

TRUSTEES OF THE CEMENT
MASONS PENSION FUND, LOCAL
502, et. al.


s/ Donald D. Schwartz
One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, IL 60604
(312) 236-0415

## **PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Judgment in Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 11th day of July 2008, at or before the hour of 5:00 p.m.

R. A. BRIGHT CONSTRUCTION, INC.
C/O ITS REGISTERED AGENT, ROBERT A. BRIGHT
23808 WEST ANDREW ROAD
PLAINFIELD, IL 60544

s/Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: July 11, 2008