## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2920 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Trustees vs. R. A. Bright Construction | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for an order of default and judgment in sum certain [8] is granted. Enter Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | MF |
|---|---|---|---|