IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | No. 08 C 2920 |
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 803; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 803; and TRUSTEEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 803, | Judge Darrah |
| Plaintiffs, | Magistrate Judge Nolan |
| v. | |
| R. A. BRIGHT CONSTRUCTION, INC., an Illinois corporation, Defendant. | |

## JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Judgment in the amount of $7,825.75 is entered in favor of Plaintiffs, Trustees of the Cement Masons Pension Fund, Local 502, and against the Defendant, R.A. BRIGHT CONSTRUCTION, INC.

2. This is a final and appealable order.

DATED: August 19, 2008

ENTER:
**HONORABLE JUDGE DARRAH**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415