UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Cement Masons Pension Fund, Local 502, et al.
                                            Plaintiff,

v.                                          Case No.: 1:08−cv−02920
                                            Honorable John W. Darrah

R.A. Bright Construction, Inc.
                                            Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

    MINUTE entry before the Honorable John W. Darrah:Status hearing held. The Court entered judgment on 8/21/08. Mailed notice (maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.