IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | No. 08 C 2920 |
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 803; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 803; and TRUSTEEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 803, | Judge Darrah |
| Plaintiffs, | Magistrate Judge Nolan |
| v. | |
| R. A. BRIGHT CONSTRUCTION, INC., an Illinois corporation, Defendant. | |

## NOTICE OF MOTION

TO:  R.A. Bright Construction, Inc.              TCF Bank
     c/o its registered agent, Robert A. Bright   Attn: Erin Solava
     23808 W. Andrew Road                         500 Joliet Road
     Plainfield, IL 60544                         Willowbrook, IL 60527

**PLEASE TAKE NOTICE** that on **September 4, 2008**, at **9:00 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Darrah, Room 1203** in the Courtroom usually occupied by his in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Turnover.

TRUSTEES OF THE CEMENT MASONS
PENSION FUND, LOCAL 502, et. al.

s/ Donald D. Schwartz
One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, IL 60604
(312) 236-0415

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Turnover with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 29th day of August 2008, at or before the hour of 5:00 p.m.

R.A. Bright Construction, Inc.
c/o its registered agent, Robert A. Bright
23808 W. Andrew Road
Plainfield, IL 60544

TCF Bank
Attn: Erin Solava
500 Joliet Road
Willowbrook, IL 60527

s/Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)