IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, ) ) ) ) ) ) ) ) ) | No. 08 C 2920 |
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 803; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 803; and TRUSTEEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 803, ) ) ) ) ) ) ) ) ) | Judge Darrah |
| ) | Magistrate Judge Nolan |
| Plaintiffs, ) ) | |
| v. ) ) | |
| R. A. BRIGHT CONSTRUCTION, INC., an Illinois corporation, ) ) ) | |
| Defendant. ) | |

### TURNOVER ORDER

This matter coming to be heard on Plaintiffs' Request for Turnover Order and for entry of a Turnover Order:

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The Request for Turnover Order against TCF Bank is granted.

2.  TCF Bank is ordered to turnover to Plaintiffs the sum of $7,825.75 in satisfaction of the Judgment and full satisfaction of the Citation.

3.  This is a final and appealable Order.

DATED: _9-4-08_ (9-4-08)

ENTER: _[signature]_
HONORABLE JUDGE DARRAH